**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMANDA FUISZ<br><br>4636 Kenmore Drive NW<br>Washington, D.C. 20007<br><br>                    Plaintiff,<br><br>v.<br><br>DATADOG, INC.<br><br>620 8th Avenue, 45th Floor<br>New York, NY 10018<br>                    Defendant. | Civil Action No. _____ |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Datadog, Inc. ("Datadog" or "Defendant"), hereby removes the state court action captioned *Amanda Fuisz v. Datadog, Inc.*, 2024 CAB 002539, from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. In support of this Notice of Removal, Defendant states the following:

**Timeliness of Removal**

1.      Plaintiff commenced this action by filing a Complaint in the Superior Court of the District of Columbia on April 23, 2024. On April 29, 2024, Defendant's counsel accepted service of the Complaint.

2.      This Notice of Removal is filed within 30 days after service on Defendant. Accordingly, this removal is timely. 28 U.S.C. § 1446(b)(1).

1

**Diversity Jurisdiction**

3.      As established herein, this Court has jurisdiction over Plaintiff's claim because the action presents a dispute between citizens of different States where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a)(1).

4.      Accordingly, this case is removable under 28 U.S.C. § 1441(a).

**Citizenship of the Parties**

5.      Plaintiff resides in the District of Columbia. At the time the Complaint was filed, and at the time of removal, Plaintiff was (and currently is) a citizen of the District of Columbia. *See* Exhibit A, Complaint, ¶ 1.

6.      At the time the Complaint was filed, and at the time of removal, Defendant was (and currently is) a company incorporated in Delaware, with its principal place of business in New York, New York.  *See* Exhibit A, ¶ 2.

7.      At the time the Complaint was filed, and at the time of removal, Defendant did not (and currently does not) have an office in the District of Columbia.

8.      Because Plaintiff is a citizen of the District of Columbia, and Defendant is a citizen of states other than the District of Columbia, there is complete diversity of citizenship between the parties.

**Amount in Controversy**

9.      Plaintiff's Complaint identifies an amount in controversy of $1,000,000. *See* Exhibit A, "Prayer for Relief."

10.      Plaintiff's allegations place more than $75,000, exclusive of interests and costs, in controversy.

11. The amount in controversy in this case exceeds the threshold in 28 U.S.C. § 1332(a)(1).

**<u>Conclusion</u>**

12. Because Plaintiff and Defendant are citizens of different states, and the amount in controversy in this case is more than $75,000, this Court has diversity jurisdiction.

13. A copy of all process and pleadings filed in the District of Columbia Superior Court are being filed with this Notice of Removal, as part of Exhibit A. Contemporaneously with the filing of this Notice of Removal, Defendant has served written notice upon Plaintiff via her counsel of record and filed a copy of this Notice of Removal with the District of Columbia Superior Court.

WHEREFORE, Defendant Datadog, Inc. respectfully requests that the above-referenced civil action be removed to this Court.

Dated this 29th day of May 2024.

Respectfully submitted,

/s/ *Danielle Bereznay*
Danielle Bereznay, Esq.
(D.C. Bar No. 1617804)
Mintz Levin, Cohn, Ferris,
Glovsky & Popeo, P.C.
555 12th Street NW, Suite 1100
Washington, D.C. 20004
(202) 434-7300
DMBereznay@mintz.com

*Attorney for Defendant Datadog, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of May 2024, I electronically filed the foregoing

**Notice of Removal** with the Clerk of Court using the Pacer/ECF system and served on the

following counsel of record:

David W. Blum
Alan Lescht and Associates, P.C.
1825 K Street, NW, Suite 750
Washington, DC 20006
(202) 315-1730
David.Blum@leschtlaw.com

/s/ *Danielle Bereznay*
Danielle Bereznay

4