UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMANDA FUISZ,<br><br>*Plaintiff*,<br><br>v.<br><br>DATADOG, INC.,<br><br>*Defendant*. | Civil Action No. 24-cv-1568 (APM) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND TO STAY PROCEEDINGS FOR 30 DAYS**

Pursuant to Local Civil Rule 83.6(c), Laura Nagel, David Blum, and the law firm of Alan Lescht and Associates, P.C. hereby respectfully move to withdraw as counsel for Plaintiff.

Additionally, the undersigned requests that this matter be stayed for thirty (30) days, to allow sufficient time for new counsel to assume representation. Plaintiff, Amanda Fuisz, and Defendant, Datadog, Inc, consent to the request for a thirty (30) day stay.

Should the Cout require further information in support of this motion, counsel respectfully requests an *ex parte* hearing in light of the Rules of Professional Conduct.

A supporting memorandum of points and authorities, certificate per LCvR-7(m), and proposed order are filed herewith.

Dated: October 4, 2024

RESPECTFULLY SUBMITTED,

Alan Lescht and Associates, P.C.

Laura Nagel [1013962]
David Blum [1029697]
1825 K Street, NW, Suite 750
Washington, DC 20006
Tel: (202) 463-6036
Fax: (202) 463-6067
Laura.nagel@leschtlaw.com
*Counsel for Plaintiff*

**LCvR-7(m) CERTIFICATION**

The undersigned hereby certifies that she contacted Defendant's counsel by email and Defendant does not oppose the request for a 30-day stay.

Laura Nagel

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 10/4/2024, a copy of the foregoing was served on:

*VIA FIRST-CLASS MAIL AND E-MAIL:*

Amanda Fuisz
4636 Kenmore Drive NW
Washington, DC 20007

*VIA ECF:*

Michelle Lipkowitz, Esq.
Danielle Bereznay, Esq.
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, P.C.
555 12th Street NW, Suite 1100
Washington, D.C. 20004
(202) 434-7300
MNLipkowitz@mintz.com
DMBereznay@mintz.com

Laura Nagel [1013962]
Alan Lescht and Associates, P.C.
1825 K Street, NW, Suite 750
Washington, DC 20006
Tel: (202) 463-6036
Fax: (202) 463-6067
Laura.nagel@leschtlaw.com
*Counsel for Plaintiffs*