**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMANDA FUISZ,** <br> ***PLAINTIFF*,** <br> **V.** <br> **DATADOG, INC.,** <br> ***DEFENDANT*.** | **CIVIL ACTION NO. 24-CV-1568 (APM)** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

The law firm of Alan Lescht and Associates, P.C., including attorney Laura Nagel, hereby respectfully states as follows in support of the Motion for Leave to Withdraw as Counsel for Plaintiffs:

1. Laura Nagel and David Blum, of Alan Lescht and Associates, P.C., are counsel of record for Plaintiff Amanda Fuisz in this case.

2. The last known address of Plaintiff is 4636 Kenmore Drive, NW, Washington, DC, 20007.

3. On September 25, 2024, undersigned counsel communicated counsel's intent to withdraw from representation in this matter to Plaintiff.

4. On September 26, 2024, Plaintiff, through other counsel, communicated that the undersigned firm's representation was ended and directed undersigned to move to withdraw.

5. Should the Cout require further information in support of this motion, counsel respectfully requests an *ex parte* hearing in light of the Rules of Professional Conduct.

6. On October 4, 2024, undersigned counsel served Plaintiff with written notice advising Plaintiff of counsel's intention to withdraw as counsel of record for Plaintiff in this case and

motion regarding the same. *See* Exhibit 1, letter to Plaintiff, attached. The notice further informed Plaintiff to either have new counsel enter an appearance, or to advise the Clerk that Plaintiff would be proceeding without counsel, or to advise the Clerk within seven days of service if he objects to this motion. *Id.*

7. Currently, the parties are directed to file a joint status report regarding the status of settlement negotiations on October 7, 2024.
8. A trial date has not yet been set.
9. Plaintiff respectfully requests a 30 (thirty) day stay of this matter so that new counsel may assume representation.

Based on the foregoing, undersigned counsel respectfully requests leave to withdraw as counsel for Plaintiff in this case. Additionally, undersigned counsel respectfully requests that the matter be stayed for 30 days, to allow Plaintiff's new counsel to assume representation.

Dated: October 4, 2024

RESPECTFULLY SUBMITTED,

Alan Lescht and Associates, P.C.

Laura Nagel
1825 K Street, NW, Suite 750
Washington, DC 20006
Tel: (202) 463-6036
Fax: (202) 463-6067
Laura.nagel@leschtlaw.com