# EXHIBIT 1

ALAN LESCHT
& ASSOCIATES, P.C.

LAURA NAGEL | SENIOR COUNSEL
T (315) 664-2577 | F (202) 463-6067
LAURA.NAGEL@LESCHTLAW.COM

October 4, 2024

Amanda Fuisz
4636 Kenmore Drive
Washington, D.C. 20007

re: Withdrawal from Representation

As we discussed through emails, the law firm will withdraw from representing you in your lawsuit against the Datadog, Inc.

I have enclosed a copy of our motion to withdraw and to stay the proceedings which will be filed with the Court, October 4, 2024. Please be advised that you may obtain a new attorney, you can proceed *pro se*, which means you represent yourself in your lawsuit, or you can object to this firm requesting to withdrawal. If you wish to object, please notify the Clerk in writing within seven days of your receipt of this letter.

The motion also requests that the Court stay or pause your case for at least 30 days, which, if granted, will provide time for another attorney to assume representation.

A link to your file was provided on September 27, 2024. If you would like us to re-send the link or to extend its accessibility, please let us know.

I wish you the best in this matter and all future endeavors.

Very truly yours,

Laura Nagel