**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMANDA FUISZ<br>Plaintiff,<br><br>v.<br><br>DATADOG, INC.<br>Defendant. | Civil Action No. 24cv1568 (APM) |

**JOINT STATUS REPORT: NOTICE OF SETTLEMENT IN PRINCIPLE**

Pursuant to the Court's Minute Order, dated October 7, 2024 (ECF # 11) Plaintiff Amanda Fuisz and Defendant Datadog, Inc. hereby submit the following Notice of Settlement in Principle of Plaintiff's discrimination claim against Datadog.

Plaintiff and Defendant have reached a settlement in principle that will fully resolve this action. The parties are working on documenting the settlement and expect to be able to file an appropriate joint stipulated motion to dismiss this action with prejudice within 30 days.

Dated this 5th Day of November 2024.

Respectfully submitted,

/s/ *Michelle Lipkowitz*
Michelle Lipkowitz, Esq.
(D.C. Bar No. 90013148)
Danielle Bereznay, Esq.
(D.C. Bar No. 1617804)
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, P.C.
555 12th Street NW, Suite 1100
Washington, D.C. 20004
(202) 434-7300
MNLipkowitz@mintz.com
DMBereznay@mintz.com

*Attorneys for Defendant Datadog, Inc.*

/s/ *Amanda Fuisz*

Amanda Fuisz
4636 Kenmore Drive NW
Washington, D.C. 20007

*Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th Day of November 2024, I electronically filed the foregoing **Notice of Settlement in Principle** with the Clerk of Court using the Pacer/ECF system and served on Plaintiff via email.

/s/ *Michelle Lipkowitz*
Michelle Lipkowitz

522926831v.1