**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMANDA FUISZ<br>Plaintiff,<br><br>v.<br><br>DATADOG, INC.<br>Defendant. | Civil Action No. 24cv1568 (APM) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Amanda Fuisz and Defendant Datadog, Inc. having resolved their dispute, hereby agree and stipulate that the above matter shall be dismissed with prejudice as to all claims. Each party shall bear its own costs and attorneys' fees.

Dated: November 19, 2024

Respectfully submitted,

/s/ *Michelle Lipkowitz*
Michelle Lipkowitz, Esq.
(D.C. Bar No. 90013148)
Danielle Bereznay, Esq.
(D.C. Bar No. 1617804)
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, P.C.
555 12th Street NW, Suite 1100
Washington, D.C. 20004
(202) 434-7300
MNLipkowitz@mintz.com
DMBereznay@mintz.com
*Attorneys for Defendant Datadog, Inc.*

/s/ *Amanda Fuisz*
Amanda Fuisz
4636 Kenmore Drive NW
Washington, D.C. 20007
*Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th Day of November 2024, I electronically filed the foregoing with the Clerk of Court using the Pacer/ECF system.

/s/ *Michelle Lipkowitz*
Michelle Lipkowitz